UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**George L. Russell, III**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-4055

September 20, 2016

MEMORANDUM TO COUNSEL RE:   <u>Ian Schlakman, et al. v. Maryland State Board of Elections, et al.</u>
Civil Action No. GLR-16-2968

Dear Counsel:

    For the reasons stated during today's teleconference, Plaintiffs' Complaint (ECF No. 1) is STRICKEN and DISMISSED without prejudice. Plaintiffs' counsel has failed to comply with Local Rule 101.1(b)(i) and (ii) in that she is not a member of the Bar of this Court and an active member in good standing has not moved for her admission pro hac vice. Accordingly, under Local Rule 102.1(a)(i), the Clerk of the Court was prohibited from accepting Plaintiffs' Complaint and all subsequent filings.

    Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it; DENY all other motions as moot; and mail a copy of this order to pro se litigant Daniel Sparaco, who sought to intervene in this case. Finally, the Clerk is directed to CLOSE this case.

Very truly yours,

/s/
_____

George L. Russell, III
United States District Judge